JEFFERY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
JODY H. SCHWARZ
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington D.C. 20044-7611
Telephone: (202) 305-0245
Facsimile: (202) 353-2021
jody.schwarz@usdoj.gov
*Attorney for the Federal Defendants*

LESTER J. MARSTON State Bar No. 081030
Rapport and Marston
405 West Perkins Street
Ukiah, CA 95482
Telephone: (707) 462-6846
Facsimile: (707) 462-4235
marston1@pacbell.net
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW ALLEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 1:16-cv-04403 <br><br> STIPULATION OF THE PARTIES REQUESTING SECOND AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE <br><br> Date: September 27, 2017 <br> Time: 2:00 p.m. <br> Judge: Honorable William H. Orrick <br> Courtroom: 2 on the 17th Floor |

Pursuant to Civil L.R. 6-1 and Civil L.R. 6-2, the Parties, through their undersigned legal counsel, hereby stipulate and request as follows:

1. August 21, 2017, the Court issued an Order granting the Federal Defendants request to file their reply brief in support of their motion for summary judgment to September 12, 2017. In the Order, the Court also continued the hearing date on the parties cross-motions for summary judgment to September 27, 2017, at 2:00 p.m.

1

STIPULATION OF THE PARTIES REQUESTING AMENDED SUMMARY
JUDGMENT BRIEFING SCHEDULE [Case No. 16-cv-04403-WHO]

2. Under the current briefing schedule, Plaintiffs are required to file their reply brief ("Reply") in support of their motion for summary judgment and response to Federal Defendants' cross-motion for summary judgment on August 25, 2017.

3. Counsel for the Plaintiffs has a hearing scheduled in San Diego tomorrow in the case of *United States of America v. Fallbrook Public* Utilities, United States District Court for the Southern District of California, Case No. 51 cv 1247 GPC and a brief due this Friday, August 25, 2017, in support of the Defendant's, Ho-Chunk Nation's, motion for judgment on the pleadings in the case of *Stockbridge-Munsee v. State of Wisconsin, et. al.,* United States District Court for the Western District of Wisconsin, Case No. 17-cv-249-JDP.

4. In addition, unexpectedly, on August 16, 2017, the Northern California Agency of the Bureau of Indian Affairs rendered a decision that required Plaintiffs' Counsel, on behalf of a current client, other than the plaintiffs in this case, to begin drafting a federal court complaint and a motion for a temporary restraining order to prevent the current client from suffering irreparable harm. As a result, Plaintiffs' Counsel needs additional time to prepare and file its Reply in this case.

5. The parties, therefore, have agreed that Plaintiffs' Counsel's Reply shall be filed on or before August 30, 2017.

6. This request, granting the Plaintiffs a three day continuance to file their Reply, will not change the September 12, 2017, date scheduled for Federal Defendants to file their reply to Plaintiffs motion for summary judgment or the September 27, 2017, date for the hearing on the motions.

Dated: August 22, 2017

*/s/ Lester J. Marston*
LESTER J. MARSTON
*Attorney for the Plaintiffs*

JEFFRY H. WOOD
Acting Assistant Attorney General

*/s/Jody H.Schwarz*
JODY H. SCHWARZ
*Attorneys for the Federal Defendants*

ORDER

Having read the forgoing Stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs will file their reply in support of their cross-motion for summary judgment on or before August 30, 2017.

Date: August 23, 2017



_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE