IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW ALLEN, DONALD ALLEN, RICHARD ALLEN, ROBERT ALLEN, ALLAN CRABTREE, BARBARA CRABTREE, LYNN CRABTREE, VENUS HOAGLEN, SHARON ALLEN-IBARRA, ALEXANDER JACKSON, DANIEL JACKSON, JESSICA JACKSON, MARTHA KNIGHT, MARGERE MCGEE, TIMOTHY MCGEE, YOLANDA ALLEN TADEO, MICHAEL TOOLEY, and CLARENCE WRIGHT,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, SALLY JEWELL, as Secretary of the United States Department of Interior, and AMY DUTSCHE, Regional Director, Pacific Regional Office, Bureau of Indian Affairs,

    Defendants.

No. C 16-04403 WHA

**ORDER RE REDACTED DOCUMENTS**

In connection with its lodging of the administrative record, the government failed to provide numerous documents, which it has listed as "redacted" on its privilege log (*see* Dkt. No. 29-2). Though the government provided a compact disc labeled "Unredacted Version of Documents Filed Under Seal" it does not in fact contain unredacted copies of those documents. By no later than **NOVEMBER 22**, the government shall provide the Court with a compact disc containing unredacted versions of all redacted documents.

**IT IS SO ORDERED.**

Dated: November 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE