IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW ALLEN, *et al.*,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

No. C 16-04403 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of federal defendants the United States of America, Secretary of the United States Department of the Interior, Ryan Zinke, and Regional Director, Pacific Regional Office, Bureau of Indian Affairs, Amy Dutschke, and against plaintiffs, Andrew Allen, Donald Allen, Richard Allen, Robert Allen, Allan Crabtree, Barbara Crabtree, Lynn Crabtree, Venus Hoaglen, Sharon Allen-Ibarra, Alexander Jackson, Daniel Jackson, Jessica Jackson, Martha Knight, Margere McGee, Timothy McGee, Yolanda Allen Tadeo, Michael Tooley, and Clarence Wright. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 27, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE